262 So.2d 513

**STATE of Louisiana ex rel. Walter BURNETTE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52441.

June 5, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.

262 So.2d 513

**A. M. MILLER et ux.**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY.**

No. 52486.

June 5, 1972.

Writ denied. Under the facts found by the Court of Appeal there is no error of law in the judgment.